## 42494. BARRETT v. THE STATE.

PANNELL, Judge. The defendant was convicted of possessing burglary tools and attempted burglary. The case is before this court on appeal from the overruling of a motion for new trial on the general grounds only. The verdict was amply supported by the testimony of eyewitnesses.

*Judgment affirmed. Bell, P. J., and Jordan, J., concur.*

ARGUED JANUARY 5, 1967—DECIDED JANUARY 19, 1967.

*Kearns & Bryan, Thomas R. Bryan, Jr.,* for appellant.

*W. B. Skipworth, Jr., Solicitor General, Frank K. Martin,* for appellee.